No. 79–1258. CONFEDERATION OF IRANIAN STUDENTS *v.* CIVILETTI, ATTORNEY GENERAL; and

No. 79–1270. NARENJI ET AL. *v.* CIVILETTI, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari. Reported below: 199 U. S. App. D. C. 163, 617 F. 2d 745.

No. 79–1259. TORCH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction. 

No. 79–1386. UNITED STATES POSTAL SERVICE *v.* UNITED PARCEL SERVICE, INC., ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari. 

No. 79–1466. BLACKBURN, WARDEN *v.* MONROE. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari. 

No. 79–1491. SEYMOUR ET AL., TRUSTEES *v.* COUGHLIN Co. C. A. 9th Cir. Motion of International Union of Operating Engineers, Local Union No. 12, for leave to file a brief as *amicus curiae* granted. Certiorari denied. 